```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

RODCO WORLDWIDE, INC.                    CIVIL ACTION

VERSUS                                   NO: 07-108

ARCH SPECIALTY INSURANCE CO.             SECTION: "A" (4)
```

### ORDER AND REASONS

Plaintiff RODCO Worldwide, Inc. has filed a **Motion for New Trial (Rec. Doc. 32)** urging the Court to reverse its order of June 15, 2007, in which the Court denied Plaintiff's motion for summary judgment and granted Defendant's motion for summary judgment. For the reasons previously assigned the motion for new trial is DENIED.

Accordingly;;

**IT IS ORDERED** that the **Motion for New Trial (Rec. Doc. 32)** filed by plaintiff RODCO Worldwide, Inc. is **DENIED**.

September 5, 2007

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE